550 F.2d 395
 STANDUN, INC., Plaintiff-Appellant,
v.
POLYCRAFT CORPORATION, Defendant-Appellee.
 No. 76-1988.
 United States Court of Appeals,
Seventh Circuit.
 Argued Feb. 15, 1977.
Decided Feb. 25, 1977.
 
 Thomas P. Mahoney, Santa Monica, Cal., Dennis M. McWilliams, Chicago, Ill., for plaintiff-appellant.
 Robert E. Wagner, Chicago, Ill., for defendant-appellee.
 Before FAIRCHILD, Chief Judge, and PELL and TONE, Circuit Judges.
 PER CURIAM.
 
 
 1
 The opinion of the District Court, 426 F.Supp. 649 (N.D.Ill.1976), is adopted as the opinion of this court, and the judgment is affirmed.
 
 
 2
 AFFIRMED.